```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 23602
   DAVID S SUYDAM
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

            Debtor
     SSN XXX-XX-7669


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/17/07 and confirmed on 02/13/08.

     2.  The case was converted to Chapter 7 after confirmation, 08/21/2008.

     3.  The Debtor paid a total of $   2930.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO HOME MORT      CURRENT MORTG        .00           .00            .00
WELLS FARGO HOME MORT      MORTGAGE ARRE        .00           .00            .00
BANK OF AMERICA            SECURED VEHIC   20489.64           .00         400.00
CARMAX AUTO FINANCE        SECURED VEHIC   11872.90           .00         260.00
BRISTOL BAY HOMEOWNERS A   SECURED              .00           .00            .00
BRISTOL BAY MASTER OPER    SECURED          2568.10           .00         215.00
FIA CARD SERVICES          UNSECURED       NOT FILED          .00            .00
CHECK N GO                 UNSECURED       NOT FILED          .00            .00
COMED                      UNSECURED       NOT FILED          .00            .00
GC SERVICES                UNSECURED       NOT FILED          .00            .00
HSBC                       UNSECURED       NOT FILED          .00            .00
PREFERRED MANAGEMENT       SPECIAL CLASS   NOT FILED          .00            .00
NICOR GAS                  UNSECURED       NOT FILED          .00            .00
WASHINGTON MUTUAL CARD S   UNSECURED       NOT FILED          .00            .00
WASHINGTON MUTUAL CARD S   UNSECURED       NOT FILED          .00            .00
BRISTOL BAY MASTER OPER    SECURED           969.00           .00          45.00
           Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER       TOTAL

TOTAL CLMS ALLOWED  35899.64        .00         .00         .00       35899.64
PRINCIPAL PAID        920.00        .00         .00         .00         920.00
INTEREST PAID            .00        .00         .00         .00            .00
TOTAL PAID            920.00        .00         .00         .00         920.00
The Debtor's attorney, RICHARD S BASS                , was allowed $   3300.00
and was paid $    300.00   direct and $   1840.06  through the plan.

The Trustee received $    169.94 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/13/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                        PAGE   2
     CASE NO. 07 B 23602 DAVID S SUYDAM